MHN

**RECEIVED**

JAN 2 8 2008
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

08cv591
JUDGE NORGLE
MAG. JUDGE ASHMAN

Plaintiff(s)

Barbara Drummer

Defendant(s)

Chase One Bank

## COMPLAINT

45 thousands in money order 45 thousand in Chase One Bank my family & friends had the document. They put me in the hospital 20 times saying that I was bipolar. Had me kick out of my house due to the fact that the ambulance was call 20 times.

Barbara Drummer
1-28-08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

BARBARA DRUMMER

v.

Case No.

**Defendant(s)**

Chatre - One Bank.
Chicago - Cicero Currency Exchange
LaRime - North Currency Exchange

Indenticed thearty

Drummer
I
Richardson
Barbara Drummer

1-28-08

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

*Barbara Drummer*

Case No.

V.

**Defendant(s)**

Chate-One Bank
Chicago - Cicero Currency Exchange
Laramie - North Currency Exchange

Indentied Theft.

Drummer
&
Richardson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**Plaintiff(s)**

*Barbara Drumuler* [signature]

Case No.

V.

**Defendant(s)**

Charter-One Bank
Chicago Chicago Currency Exchange
LaSalle - North Currency Exchange
Identified therein
on the Drumuers &
Richardson

*Barbara Drumuler 1-28-08* [signature]