MHN

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Barbara Drummer (Please print)

STREET ADDRESS: 753 Cort

CITY/STATE/ZIP: Chicago, IL 60657

PHONE NUMBER: 212-853-2318

CASE NUMBER: 08cv591
JUDGE NORGLE
MAG. JUDGE ASHMAN

FILED
JN   JAN 28 2008
1-28-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Signature: Barbra Drummer      Date: 1-28-08

Earl W. Drummer Jr.
1507 Greenleaf
Evanston, 60202