## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 591 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Drummer vs. Charter One Bank | | |

**DOCKET ENTRY TEXT**

Case dismissed as legally frivolous. Case terminated. Plaintiff's application to proceed In Forma Pauperis [4] and Motion for Appointment of Counsel [5] are denied as moot.

■ [ For further details see text below.]　　　　Docketing to mail notices.

### STATEMENT

　　Plaintiff's hand-written, partially illegible Complaint presents the court with no discernable cause of action. The court therefore dismisses the Complaint as legally frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 325 (1989) (a complaint is frivolous "where it lacks an arguable basis either in law or fact."); Hutchinson ex rel. Baker v. Spink, 126 F.3d 895, 899-900 (7th Cir. 1997).

Courtroom Deputy Initials: